IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELINA BLOCKER, | : | CIVIL ACTION |
|     Plaintiff, | : | |
|   v. | : | |
| | : | |
| COMMUNITY EDUCATION CENTERS, | : | |
|     INC., | : | |
|     Defendant. | : | No. 13-5127 |

# ORDER

**AND NOW**, this 7th day of April, 2014, upon consideration of Defendant's Motion to Dismiss and to Strike (Docket No. 4), Plaintiff's Opposition thereto (Docket Nos. 7, 8), the parties' supplemental briefing (Docket Nos. 15, 16, 18), and following oral argument on March 18, 2014, it is hereby **ORDERED** that:

1. Defendant's Motion to Dismiss and to Strike (Docket No. 4) is **GRANTED in part and DENIED in part**. Counts I, II, III, IV, V, VI, XI, XII, XIV, and XV are **DISMISSED with prejudice**. Counts VII, VIII, and XIII are **DISMISSED without prejudice**. Defendant's Motion to Dismiss is **DENIED** as to Counts IX and X. Defendant's Motion to Strike is **GRANTED** as to the portions of paragraphs 43 and 45 identified in the Memorandum accompanying this Order and **DENIED** as to the other paragraphs Defendant moved to strike.

2. Plaintiff may file an amended complaint as to the counts dismissed without prejudice no later than 14 days from the date of this Order.

3. Should Plaintiff choose to file an amended complaint, Defendant shall respond to that amended complaint no later than 14 days from the date it is filed. Should Plaintiff not choose to file an amended complaint, Defendant shall answer Plaintiff's Complaint

no later than 28 days from the date of this Order.

                    BY THE COURT:

                    S/Gene E.K. Pratter
                    GENE E.K. PRATTER
                    UNITED STATES DISTRICT JUDGE