IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELINA BLOCKER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| COMMUNITY EDUCATION CENTERS, INC., | : | |
| | : | |
| Defendant. | : | No. 13-5127 |

## ORDER

**AND NOW**, this 24th day of February, 2015, upon consideration of Defendant's Motion to Dismiss for Lack of Prosecution (Docket No. 35) and Plaintiff's failure to respond to the Motion, it is hereby **ORDERED** that:

1. Defendant's Motion (Docket No. 35) is **GRANTED**.

2. All remaining claims against Defendant are **DISMISSED**.

3. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:


S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE